**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| V. | * * | NO: 4:13CR00183  SWW |
| JOSE deJESUS RODARTE-GAYTAN | * * | |

**FINAL ORDER OF FORFEITURE**

On June 16, 2014, the Court entered a Preliminary Order of Forfeiture (ECF. No. 35), ordering Jose deJesus Rodarte-Gaytan ("Defendant") to forfeit his interest in the following:

A. a Ruger P-89 9 mm pistol, serial number 0052180;

B. a Titan Tiger .38 Special revolver, serial number 0052180; and

C. all ammunition

(collectively "forfeited property").  The Order provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property.  The Court has sentenced Defendant, and no one has filed a claim to the forfeited property.  The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture.  The United States now has all right, title, and interest in the forfeited property.  Any prior claims in and against the forfeited property are extinguished and declared void.  The property shall be turned over to the United States Marshals Service and disposed of according to law.

IT IS SO ORDERED THIS 22ND DAY OF SEPTEMBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE